| | | | |
|---|---|---|---|
| In the Int. of: R.H. . . . . . . . . . . . . . . . . . . | 3416 EDA 2015<br>Affirmed | 11/18/2016 | CP–51–AP–0000646–<br>2015<br>CP–51–DP–0000833–<br>2010<br>FID: 51–FN–002045–<br>2010<br>(Philadelphia) |
| S.E.D. v. G.D.M. . . . . . . . . . . . . . . . . . . . | 53 EDA 2016<br>Affirmed | 11/18/2016 | #0C0513395<br>(Philadelphia) |
| In the Interest of: J.W. . . . . . . . . . . . . . . . | 830 EDA 2016<br>Affirmed | 11/18/2016 | CP–51–DP–0000433–<br>2016<br>FID: 51–FN–393–2016<br>(Philadelphia) |
| In the Interest of: D.C.S. . . . . . . . . . . . . . | 874 EDA 2016<br>Affirmed | 11/18/2016 | CP–51–AP–0000091–<br>2016<br>CP–51–DP–0002139–<br>2013<br>(Philadelphia) |
| In the Interest of: O.G.Z. . . . . . . . . . . . . . | 875 EDA 2016<br>Affirmed | 11/18/2016 | CP–51–AP–0000092–<br>2016<br>CP–51–DP–0002137–<br>2013<br>(Philadelphia) |
| In the Interest of: W.G. Jr. . . . . . . . . . . . . | 876 EDA 2016<br>Affirmed | 11/18/2016 | CP–51–AP–0000093–<br>2016<br>CP–51–DP–0002138–<br>2013<br>(Philadelphia) |
| In re S.M.W–D. . . . . . . . . . . . . . . . . . . . . | 877 EDA 2016<br>Affirmed | 11/18/2016 | CP–51–AP–0000653–<br>2015<br>CP–51–DP–0001592–<br>2013<br>FID: 51–FN–003132–<br>2013<br>(Philadelphia) |
| In re S.M.D–W. . . . . . . . . . . . . . . . . . . . . | 878 EDA 2016<br>Affirmed | 11/18/2016 | CP–51–AP–0000654–<br>2015<br>CP–51–DP–0001590–<br>2013<br>FID: 51–FN–003132–<br>2013<br>(Philadelphia) |
| In re S.M.W–D. . . . . . . . . . . . . . . . . . . . . | 879 EDA 2016<br>Affirmed | 11/18/2016 | CP–51–AP–0000655–<br>2015<br>CP–51–DP–0001591–<br>2013<br>FID: 51–FN–003132–<br>2013<br>(Philadelphia) |
| Com. v. Culbreath [22] . . . . . . . . . . . . . . . . | 1076 EDA 2016<br>Affirmed | 11/18/2016 | CP–15–CR–0000192–<br>1976<br>(Chester) |
| Com. v. Strother . . . . . . . . . . . . . . . . . . . | 1260 EDA 2016<br>Affirmed | 11/18/2016 | CP–09–CR–0000971–<br>2013<br>(Bucks) |

22. Petition for reargument denied December 29, 2016.